UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOMINIC ROSATO,

      Plaintiff,

v.                                        Case No: 2:18-cv-276-FtM-99CM

JEANINE COHEN,

      Defendant.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on Review of the Court's Opinion and Order directing Plaintiff to file a signed complaint or have his case dismissed (Doc. 4) filed on April 25, 2018. Plaintiff's Complaint was unsigned when he initially filed it with the Court. Under the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a).

The Plaintiff's Unsigned Complaint was stricken from the record, and Plaintiff was directed to file a signed complaint within twenty-one days or his case would be dismissed without further notice. To date, Plaintiff has failed to comply with the Court's Order and the twenty-one day time limit has now expired.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Dominic Rosto's his case is hereby **DISMISSED** without prejudice.

(2) The Clerk of Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of June, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Dominic Rosato
SA: FTMP-2